**DENY and Opinion Filed April 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00129-CV**

**IN RE VARSITY GAY LEAGUE, LLC, Relator**

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-01181**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Molberg

In this original proceeding, relator challenges the trial court's January 18, 2022 order denying relator's motion to compel discovery responses. Entitlement to mandamus relief requires relator to show that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition and the record, we conclude that relator has failed to show an abuse of discretion. *See* TEX. R. APP. P. 52.8(a). Accordingly, we deny the petition for writ of mandamus.

220129f.p05

/Ken Molberg/
KEN MOLBERG
JUSTICE